| | |
|---|---|
| 1 | **FOLEY & LARDNER LLP** |
| 2 | ATTORNEYS AT LAW<br>One Maritime Plaza, Suite 600<br>San Francisco, CA 94111 |
| 3 | Telephone: 415.434.4484<br>Facsimile: 415.434.4507 |
| 4 | |
| 5 | EILEEN R. RIDLEY CA Bar No. 151735<br>   eridley@foley.com |
| 6 | BILL J. SYMES CA Bar No. 257903<br>   bsymes@foley.com |
| 7 | **FOLEY & LARDNER LLP** |
| 8 | ATTORNEYS AT LAW<br>321 North Clark, Suite 2800 |
| 9 | Chicago, IL 60654<br>Telephone: 312.832.4500<br>Facsimile: 312.832.4700 |
| 10 | |
| 11 | *Of Counsel*:<br>JILL L MURCH IL Bar No. 6257217 |
| 12 |    jmurch@foley.com<br>WILLIAM J. MCKENNA IL Bar No. 3124763 |
| 13 |    wmckenna@foley.com |
| 14 | *Attorneys for Federal National Mortgage Association* |

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| TARRANCE CHAMPLAIE,<br><br>        Plaintiff,<br><br>    v.<br><br>BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING, COUNTYWIDE HOME LOANS, INC., DBA AMERICA'S WHOLESALE LENDER, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., RECONTRUST CO., FEDERAL NATIONAL MORTGAGE ASSOCIATION, RONNIE ALLEN, RON ALLEN & ASSOCIATES REAL ESTATE, JAKE WEATHERS, PLANNED RESOURCES, BRETT ROBERTS and DOES 1-20, inclusive,<br><br>        Defendants. | Case No: 09-CV-01316-LKK-DAD<br><br>**JOINT STIPULATION AND ORDER TO DISMISS FEDERAL NATIONAL MORTGAGE ASSOCIATION**<br><br>Case Filed: May 12, 2009<br><br>Judge: Hon. Lawrence K. Karlton |

PDF created with pdfFactory trial version www.pdffactory.com

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) and Local Rule of the United States District Court for the Eastern District of California 83-143, Plaintiff Tarrance Champlaie ("Plaintiff") and Defendant Federal National Mortgage Association ("Fannie Mae") hereby stipulate and agree that:

1. All claims and causes of action brought by Plaintiff against Fannie Mae in the above-captioned matter are dismissed with prejudice.

2. Each party shall bear its own fees, expenses, and costs.

Dated: July 23, 2009

| Tarrance Champlaie | Federal National Mortgage Association |
|---|---|
| By: /s/ Jonathan G. Stein (as authorized on 7/23/09)<br>     One of His Attorneys | By:     /s/ Jill L. Murch<br>     One of Its Attorneys |
| Jonathan G. Stein<br>LAW OFFICES OF JONATHAN G. STEIN<br>5050 Laguna Boulevard<br>Suite 112-325<br>Elk Grove, CA 95758<br>(916) 247-6868 | Eileen R. Ridley<br>Bill J. Symes<br>FOLEY & LARDNER LLP<br>One Maritime Plaza, Suite 600<br>San Francisco, CA 94111<br>(415) 434-4484<br>(415) 434-4507 (fax) |
| *Attorney for Plaintiff Tarrance Champlaie* | Jill L. Murch<br>William J. McKenna<br>FOLEY & LARDNER LLP<br>321 North Clark Street<br>Suite 2800<br>Chicago, Illinois 60654<br>(312) 832-4500<br>(312) 832-4700 (fax)<br><br>*Attorneys for Defendant Federal National Mortgage Association* |

**IT IS SO ORDERED.**

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**Dated: July 29, 2009**

PDF created with pdfFactory trial version www.pdffactory.com