UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TARRANCE CHAMPLAIE,

        Plaintiff,

   v.

BAC HOME LOANS SERVICING, LP,
et al.,

        Defendants.
_____/

NO. CIV. S-09-1316 LKK/DAD

O R D E R

This case is currently scheduled for a status conference on Monday, August 10, 2009 at 11:00 a.m. Both parties' status reports request that this status conference be continued until some time after the pleadings have been finalized. Accordingly, the court CONTINUES the status conference to November 16, 2009 at 10:00 a.m.

    IT IS SO ORDERED.

    DATED: August 5, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1