UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TARRANCE CHAMPLAIE,

        Plaintiff,

    v.

BAC HOME LOANS SERVICING, LP, et al.,

        Defendants.

_____/

NO. CIV. S-09-1316 LKK/DAD

O R D E R

A status conference was held in chambers on November 16, 2009. After hearing, the court orders as follows:

1. A further status conference is set for January 19, 2010 at 11:00 a.m.

IT IS SO ORDERED.

DATED: November 17, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1