**LAW OFFICES OF JONATHAN G. STEIN**
Jonathan G. Stein, California Bar No. 224609
5050 Laguna Blvd., Suite 112-325
Elk Grove, California 95758
Telephone: (916) 247-6868
Facsimile: (877) 863-3016
Email: jonathan@jonathangstein.com

Attorneys for Plaintiff
TARRANCE CHAMPLAIE

**BRYAN CAVE LLP**
Robert E. Boone III, California Bar No. 132780
Douglas A. Thompson, California Bar No. 155619
120 Broadway, Suite 300
Santa Monica, CA 90401-2386
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
Email: reboone@bryancave.com
       douglas.thompson@bryancave.com

**BRYAN CAVE LLP**
David N. de Ruig, California Bar No. 258005
Two Embarcadero Center, Suite 1410
San Francisco, CA 94111-3907
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email: david.deruig@bryancave.com

Attorneys for Defendants
BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING; COUNTRYWIDE HOME LOANS, INC. d/b/a AMERICA'S WHOLESALE LENDER; RECONTRUST COMPANY, N.A.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARRANCE CHAMPLAIE, <br><br> Plaintiff, <br><br> vs. <br><br> BAC HOME LOANS SERVICING, LP, F/K/A COUNTRYWIDE HOME LOANS SERVICING, COUNTRYWIDE HOME LOANS, INC. D/B/A AMERICA'S WHOLESALE LENDER, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., RECONTRUST CO., FEDERAL | Case No.: 2:09-CV-01316-LKK-DAD <br><br> **JOINT STIPULATION OF PLAINTIFF TARRANCE CHAMPLAIE AND DEFENDANTS BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING; COUNTRYWIDE HOME LOANS, INC. d/b/a AMERICA'S WHOLESALE LENDER; AND RECONTRUST COMPANY, N.A. ENLARGING DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED** |

PDF created with pdfFactory trial version www.pdffactory.com

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

| | |
|---|---|
| NATIONAL MORTGAGE ASSOCIATION, RONNIE ALLEN, RON ALLEN & ASSOCIATES REAL ESTATE, JAKE WEATHERS, PLANNED RESOURCES, BRETT ROBERTS and Does 1-20 inclusive, <br><br>Defendants. | **COMPLAINT; ORDER**<br><br>[Local Rule 6-144] |

### JOINT STIPULATION AND REQUEST

This Stipulation and Request is made by TARRANCE CHAMPLAIE ("Plaintiff") and Defendants BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING; COUNTRYWIDE HOME LOANS, INC. d/b/a AMERICA'S WHOLESALE LENDER; and RECONTRUST COMPANY, N.A. (collectively "Defendants"):

WHEREAS, Plaintiff filed his Second Amended Complaint on Friday, November 20, 2009;

WHEREAS, Defendants' response to the Second Amended Complaint must be filed no later than December 11, 2009;

NOW, THEREFORE, Plaintiff and Defendants, by and through their respective attorneys, hereby stipulate that the time for Defendants to respond to Plaintiff's Second Amended Complaint in this matter is extended to and including December 22, 2009.

**IT IS SO STIPULATED.**

Dated: November 25, 2009        **LAW OFFICES OF JONATHAN G. STEIN**

By:   /s/ Jonathan G. Stein
       Jonathan G. Stein
Attorneys for Plaintiff
TARRANCE CHAMPLAIE

Dated: November 25, 2009        **BRYAN CAVE LLP**

By:   /s/ David N. de Ruig
       David N. de Ruig
Attorneys for Defendants
BAC HOME LOANS SERVICING, LP f/k/a
COUNTRYWIDE HOME LOANS SERVICING;

1  COUNTRYWIDE HOME LOANS, INC. d/b/a
    AMERICA'S WHOLESALE LENDER;
2  RECONTRUST COMPANY, N.A.; and
    MORTGAGE ELECTRONIC REGISTRATION
3  SYSTEMS, INC.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com

Bryan Cave LLP
Two Embarcadero Center, Suite 1410
201 Clay Street
San Francisco, CA 94111-3907

**ORDER**

Having reviewed the Stipulation of Plaintiff TARRANCE CHAMPLAIE ("Plaintiff") and Defendants BAC HOME LOANS SERVICING, LP f/k/a COUNTRYWIDE HOME LOANS SERVICING; COUNTRYWIDE HOME LOANS, INC. d/b/a AMERICA'S WHOLESALE LENDER; and RECONTRUST COMPANY, N.A. (collectively "Defendants"), and good cause appearing, IT IS ORDERED THAT Defendants shall have until and including December 22, 2009 to file a response to Plaintiff's Second Amended Complaint.

**IT IS SO ORDERED.**

Dated:   November 25, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com