UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TARRANCE CHAMPLAIE,

        Plaintiff,

    v.

BAC HOME LOANS SERVICING, LP, et al.,

        Defendants.
_____/

NO. CIV. S-09-1316 LKK/DAD

O R D E R

This case is currently scheduled for a status conference on Monday, January 19, 2010 at 11:00 a.m. All parties' status reports indicate that it is premature to schedule discovery and other motion deadlines until after the court rules on the pending motion to dismiss. Accordingly, the court VACATES the status conference. The conference is rescheduled for April 19, 2010 at 2:00 p.m.

    IT IS SO ORDERED.

    DATED: January 14, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1