UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TARRANCE CHAMPLAIE,

         Plaintiff,

   v.

BAC HOME LOANS SERVICING, LP, et al.,

         Defendants.
_____/

NO. CIV. S-09-1316 LKK/DAD

O R D E R

Plaintiff's second amended complaint states claims for violation of the Truth in Lending Act, 15 U.S.C. § 1601 et seq., ("TILA") the Real Estate Settlement Procedures Act, 12 U.S.C. §§ 2601-2617, ("RESPA") and various state laws. Three defendants, BAC Home Loans Servicing, LP, Countrywide Home Loans, Inc., and Recontrust Company, move to dismiss all claims against them. (Dkt. No. 51). Plaintiff does not oppose dismissal of his TILA and RESPA claims, which are brought only as to these defendants.

Accordingly, it appears that this case no longer presents a federal question. If that is the case, the court will decline to

1

1  exercise supplemental jurisdiction over the remaining state law
2  claims.  28 U.S.C. § 1367(c)(3).  Plaintiff is therefore ORDERED
3  TO SHOW CAUSE within seven days of the date of this order why this
4  case should not be dismissed for lack of subject matter
5  jurisdiction.[1]

6      The court does not find oral argument necessary as to the
7  motion to dismiss or the question of subject matter jurisdiction.
8  The hearing currently set for February 22, 2010 at 10:00 a.m. is
9  therefore VACATED.  Local Rule 230(g).  The date for submission of
10 defendants' reply brief, if any, remains unchanged.
11     IT IS SO ORDERED.
12     DATED:  February 9, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[1] Plaintiff is directed to the recent amendments to Fed. R. Civ. P. 6 regarding measurement of time.

2